**Order filed January 14, 2014**



**In The**

# Fourteenth Court of Appeals

_____

## NO. 14-13-00888-CR
_____

**WILLIAM MARK RHODES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 248th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1259408**

---

## ORDER

Appellant pled guilty without an agreed punishment recommendation to burglary of a habitation. The trial court deferred adjudicating guilt and placed appellant on community supervision for five years. Subsequently, the State moved to adjudicate guilt. The trial court found two of the State's allegations true, adjudicated guilt, and sentenced appellant to confinement for six years in the Institutional Division of the Texas Department of Criminal Justice. Appellant filed a notice of appeal and is appearing pro se.

1

Appellant has filed the following motions in this court:

- October 29, 2013 - requesting a free copy of his record for appeal;

- November 18, 2013 - requesting a copy of the reporter's record;

- November 18, 2013 - requesting a new trial or sentencing hearing;

- November 26, 2013 - requesting an extension of time to pay for the reporter's record;

- December 18, 2013 - requesting discovery of evidence; and

- December 30, 2013 - requesting an extension of time to file his brief.

The clerk's record was filed in this court on October 15, 2013. The Harris County District Clerk forwarded a copy of the record to appellant and advised this court that it was received by appellant on October 17, 2013. The reporter's record, paid for by appellant, was filed in this court on December 9, 2013. A copy of that record has been forwarded to appellant by this court.

Accordingly, appellant's motions filed (1) October 29, 2013; (2) November 18, 2013, requesting the reporter's record; and (3) November 26, 2013, are DENIED AS MOOT.

Appellant's motion filed November 18, 2013, requesting a new trial or sentencing hearing is DENIED. Whether or not appellant is entitled to a new trial or sentencing hearing is an issue to be determined on appeal.

Appellant's motion filed December 18, 2013, requests discovery from the Harris County District Attorney based upon appointed counsel's failure to file a motion for discovery. This court is without authority to grant such relief. The motion is DENIED.

Appellant's motion requesting an extension of time to file his brief is GRANTED to February 10, 2014.